**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **NETWORK MULTIFAMILY SECURITY CORPORATION,** § § § | |
| Plaintiff, § § | |
| v. § | **CIVIL ACTION NO. 3:10-CV-1981-M** |
| § **HOMES FOR AMERICA HOLDINGS, INC.,** § **and ROBERT KOHN,** § § | |
| Defendants. § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Network Multifamily Security Corporation ("Plaintiff"), and Defendants Homes for America Holdings, Inc. and Robert Kohn ("Defendants"), all of the parties to the above-referenced matter, file this Agreed Motion to Dismiss With Prejudice, and would respectfully show the Court as follows:

### I.

### REQUEST FOR RELIEF

1. Plaintiff and Defendants have reached an agreement to resolve all claims, counterclaims, and defenses asserted by Plaintiff and Defendants in the above-entitled and numbered cause.

2. Plaintiff and Defendants respectfully request that the above-referenced cause be dismissed in its entirety with prejudice.

3.     Plaintiff and Defendants have submitted to the Court a proposed Agreed Order of Dismissal With Prejudice, and request that such Order be entered by the Court.

WHEREFORE, Plaintiff and Defendants respectfully request that this Court grant the Agreed Motion to Dismiss With Prejudice and enter the proposed Order of Dismissal With Prejudice.

**AGREED MOTION TO DISMISS WITH PREJUDICE – Page 2**
4269876.1/SP/25274/0102/111212

Respectfully submitted,

/s/Donald W. Davis, Jr.
Donald W. Davis, Jr.
State Bar No. 0030559
BRENNAN MANNA & DIAMOND, LLC
75 East Market Street
Akron, Ohio  44308
Telephone:  330-253-5060
Telecopier:  330-253-1977

ATTORNEY FOR PLAINTIFF NETWORK MULTIFAMILY SECURITY CORPORATION

/s/Toni Scott Reed
TONI SCOTT REED
State Bar No. 00788376
MICHAEL KEELEY
State Bar No.  11157800
JEREMY T. BROWN
State Bar No. 24055221
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202
Telephone:  214-651-4300
Telecopier:  214-651-4330

ATTORNEYS FOR DEFENDANT ROBERT KOHN

/s/Jennifer Calhoun
JENNIFER CALHOUN
State Bar No. 03640300
LAW OFFICE OF JENNIFER CALHOUN
4144 N. Central Expressway, Suite 1010
Dallas, Texas 75204
Telephone:  214-365-0656

ATTORNEY FOR HOMES FOR AMERICA HOLDINGS, INC.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been delivered to all counsel of record by the Electronic Case Filing System of the Northern District of Texas on this 12th day of November, 2012.

/s/Donald W. Davis, Jr.
DONALD W. DAVIS, JR.